Judge Benton

```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED
```

SEP 22 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE'S DOCKET NO. |
| Plaintiff, | CASE NO. **06-503M** |
| v. | COMPLAINT for VIOLATION U.S.C. Title 18, Section 876(c) |
| CHARLES GARY FELTS, | |
| Defendant. | **06-MJ-00503-CMP** |

BEFORE, Monica Benton, United States Magistrate Judge, Seattle, Washington;

The undersigned complainant being duly sworn states:

## COUNT 1

### (Mailing Threatening Communications)

On or about June 26, 2006, at Aberdeen, within the Western District of Washington, CHARLES GARY FELTS, knowingly caused to be deposited in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service according to the directions therein, a written communication addressed to a United States judge, to wit: the Honorable Ronald Leighton and Magistrate J. Kelley Arnold, containing a threat to injure the person of the addressee.

All in violation of Title 18 United States Code, Section 876(c).

And the complainant states that this complaint is based on the following:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for five months. I have had training in the investigation of federal crimes, and I am responsible for investigating violations of federal criminal law occurring in the Western District of Washington. The following information is based on my investigation and where noted, the investigation of other law enforcement officers.

## RELEVANT STATUTE

2. Title 18, United States Code, Section 876(c), makes it a criminal offense for any person who knowingly deposits in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly causes to be delivered by the Postal Service according to the direction thereon, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the person of the addressee or of another.

## SUMMARY OF INVESTIGATION

3. On or about June 27, 2006, the clerk's office for the United States District Court in Tacoma, Washington, notified the United States Marshal's Service that they were in possession of a letter addressed to Honorable Ronald B. Leighton and Magistrate J. Kelley Arnold. The letter was handwritten and contained the following text:

> *Here's a little note to let you sodomized sh---eaters beware of God's wrath, only 10 (ten) times worse than Judge George H. Boldt & State Judge Hardy B. Souly found out! God, remove those sh--eating sodomized queers last then all the way down to the first born, very violently also, smash their filthy f--ing heads...*
>
> *You stupid idiots. I don't need a restraining order on you freaks to avoid 12 months supervision. I'll give the idiots my address! I just won't report as I don't honor crooked courts... The people need to declare marshal law, with the army, navy, marines and air force! And shoot any & all of you filth on sight or stench!*

4. The letter was signed, "Sincerely, Charles Gary Felts." The envelope in which the letter was sent has a return address of "Charles Gary Felts, # 621545, SCCC F-N-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

C20, 191 Constantine Way, Aberdeen Wash. 98520. This is the address for Stafford Creek Correctional Facility in Aberdeen, Washington.

5. Investigation has revealed that Charles Gary Felts is an inmate at the Washington State Department of Corrections at Stafford Creek Correctional Facility in Aberdeen, Washington. Felts is serving a state prison sentence for three counts of Intimidating a Judge and one count of felony harassment. Felts has filed several civil rights claims in United States District Court, which have come before Judge Ronald Leighton and Magistrate J. Kelly Arnold.

6. On September 21, 2006, I interviewed Felts, with FBI Special Agent Scott Saxon, at the Stafford Creek Correctional Facility in Aberdeen, Washington. After we advised Felts of his Miranda rights and identifying ourselves, Felts signed a statement in which he admitted the following:

> *I wrote and mailed a series of letters to the U.S. District Court in Tacoma, WA, including a letter dated June 22, 2006. This letter was written to Judge Ronald Leighton in order to get a fair and legal jury trial about false accusations and violations of due process. The letter was not meant to threaten, only to state facts. I don't believe that the threats in my letter will ever happen. I wrote the letter to wake them up and make them think. The letter was a metaphor to make them think.*

7. This investigation has also revealed that Felts has a 1977 federal conviction for threats to a federal judge.

8. Felts is scheduled to be released from prison on Sunday, September 24, 2006.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9. Based on the foregoing, I submit that probable cause exists to believe that CHARLES GARY FELTS committed violations of Title 18, United States Code, Section 876.

RYAN BRUETT, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this ___ day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970